UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES | CIVIL ACTION NO. 12-446 |
| VERSUS | JUDGE ELIZABETH ERNY FOOTE |
| 1969 CHEVROLET CHEVELLE | MAGISTRATE JUDGE MARK HORNSBY |

### ORDER

Before the Court is a Motion to Strike Sheddrick Jackson's Claim and Answer [Record Document 7]. Mr. Jackson was served with this motion on the June 29, 2012. He has filed no response. Rule G(6) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions provides that the Government may serve the claimant with special interrogatories in order to determine the claimant's standing. Rule G(6)(b) allows the claimant twenty-one days to serve answers or objections to interrogatories. Rule (8)(c)(i)(A) provides that the Government may move to strike the claim or answer for failing to timely serve an answer or objection to interrogatories. See e.g. U.S. v. $27,970.00 in U.S. Currency, 2010 WL 933762 (S.D. Ga. 2010).

The Court finds that on April 16, 2012 Mr. Jackson was served with a set of special interrogatories pursuant to Rule G(6). [Record Document 7-2]. The Court further finds that in the five months that have passed since service of these interrogatories, the claimant has failed to serve answers or objections. Accordingly, the Court **GRANTS** the Motion to Strike Sheddrick Jackson's Claim and Answer [Record Document 7]. It is **ORDERED** that the Claim and Answer of Sheddrick Jackson are

hereby **STRICKEN** pursuant to Rule G(8)(c)(i)(A) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions for failure to comply with Rule G(6).

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE